AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

**FILED - GR**
May 25, 2021 2:55 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: TB 5/25/21

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**1:21-mc-40**
**Ray Kent**
**U.S. Magistrate Judge**

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:20-CV-0183-TOR |
| JULIE DUMON, a married individual, | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  **04/06/2021**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

*CLERK OF COURT*

Date:  05/19/2021

*Signature of Clerk or Deputy Clerk*