AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RED LION HOTELS FRANCHISING, INC.,
a Washington corporation,
*Plaintiff*
v.

JULIE DUMON, a married individual,
*Defendant*

Civil Action No. 2:20-CV-0183-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Red Lion Hotels Franchising, Inc. recover from the defendant *(name)* Julie Dumon the amount of Six Hundred Seventy Six Thousand Seven Hundred Seventy Seven .76 dollars ($ 676,777.76 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.06 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiff's motion for Default Judgment (ECF No. 14)

Date: April 6, 2021

**Certified Copy**
2:20-cv-00183-TOR



4:50 pm, May 19, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## Eastern District of Washington

## U.S. District Court

### Notice of Electronic Filing

The following transaction was entered on 4/6/2021 at 8:40 AM PDT and filed on 4/6/2021
**Case Name:**      Red Lion Hotels Franchising Inc v. Dumon et al
**Case Number:**    2:20-cv-00183-TOR
**Filer:**
**WARNING: CASE CLOSED on 04/06/2021**
**Document Number:** 18

**Docket Text:**
**JUDGMENT IN A CIVIL ACTION. Judgment entered in favor of Plaintiff Red Lion Hotels Franchising Inc against Defendant Julie Dumon. (LLH, Courtroom Deputy)**

**2:20-cv-00183-TOR Notice has been electronically mailed to:**

Alexander A Baehr    alexb@summitlaw.com, colleenb@summitlaw.com

Jesse Lee Taylor    jesset@summitlaw.com, karenl@summitlaw.com

**2:20-cv-00183-TOR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069357611 [Date=4/6/2021] [FileNumber=3699960-0]
[81ebc7c815df2f2d09581840l3196c306ebedf65c3a87866eb53dda0b3a353dc48f4
7bca0258e8cbfce3f2150c8aecd250e4efb507978c6feebf3b52aa261599]]